Catherine Dresch, an alleged incompetent person. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re VON RAITZ. (Supreme Court, Appellate Division, First Department. November 28, 1913.) In the matter of Feodor Von Raitz. No opinion. Judgment affirmed, with costs. Order filed.

---

VON RUTI, Respondent, v. FITZGERALD, Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by Barbara Von Ruti against Mary E. Fitzgerald. No opinion. Judgment and order of the County Court of Queens County unanimously affirmed, with costs.

---

VOSE v. CONKLING et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Flora L. Vose against Joseph C. Conkling and others. No opinion. Motion to dismiss appeal denied, without costs. Order filed. See, also, 153 App. Div. 40, 137 N. Y. Supp. 1066; 144 N. Y. Supp. 1149.

---

VOSE, Respondent, v. CONKLING et al., Appellants. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Flora L. Vose against Joseph C. Conkling and others. No opinion. Motion denied, without costs. Settle order on notice. See, also, 144 N. Y. Supp. 1149.

---

VOSE v. CONKLING et al. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by Flora L. Vose against Joseph C. Conkling and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1149.

---

WADSWORTH, Appellant, v. BOARD OF SUP'RS OF LIVINGSTON COUNTY, et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by James W. Wadsworth against the Board of Supervisors of Livingston County and others. No opinion. Judgment affirmed, with costs. See, also, 139 App. Div. 832, 124 N. Y. Supp. 334.

---

WAIT, Respondent, v. FRANK B. GILBRETH, Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Action by John C. Wait, as receiver, etc., against Frank B. Gilbreth, a corporation. W. P. McKown, of New York City, for appellant. C. A. Winter, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

WALLING, Respondent, v. ONEONTA WATERWORKS CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Action by Elevia Ett Walling against the Oneonta Waterworks Company. No opinion. Order unanimously affirmed, with $10 costs and disbursements.

---

WALSH, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 7, 1913.) Action by James Walsh against the Morse Dry Dock & Repair Company. No opinion. Judgment and order unanimously affirmed, with costs. Leave to appeal to Court of Appeals denied, 144 N. Y. Supp. 1149.

---

WALSH, Respondent, v. MORSE DRY DOCK & REPAIR CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by James Walsh against the Morse Dry Dock & Repair Company. No opinion. Motion for leave to appeal to the Court of Appeals (from 144 N. Y. Supp. 1149) denied.

---

WALTER B. PERKINS CO., Respondent, v. RICHMOND LAND CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by the Walter B. Perkins Company against the Richmond Land Company. No opinion. Motion granted, and appeal dismissed, with costs.

---

WARD, Respondent, v. GARDINER, Appellant. (Supreme Court, Appellate Division. Second Department. December 19, 1913.) Action by Artemas Ward against Alfred P. Gardiner. No opinion. Order affirmed, with $10 costs and disbursements.

---

WARNER, Appellant, v. OSTRANDER & CO., Inc., Respondent. (Supreme Court, Appellate Division, First Department. November 21, 1913.) Action by H. Dudley Warner against Ostrander & Co., Incorporated. R. Weed, of New York City, for appellant. J. Ingle, Jr., of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

WARNOCK, Appellant, v. ROCHESTER RY. & LIGHT CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. November 12, 1913.) Action by Henry Warnock, as administrator, etc., against the Rochester Railway & Light Company. No opinion. Judgment and order affirmed, with costs.

---

WASHBURN v. RAINIER et al. (Supreme Court, Appellate Division, Second Department. December 12, 1913.) Action by Henry J. Washburn against John T. Rainier and others. No opinion. Motion to resettle order granted, upon condition that, if he so desires, the appellant may withdraw his appeal to the Court of Appeals, and in such case respondents pay